# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 4:11MJ3038 |
| Plaintiff, | |
| vs. | **DETENTION ORDER** |
| **EDGAR GARCIA-PEREZ,** | **COMPLAINT** |
| Defendant. | |

The defendant waived the right to a preliminary hearing and a detention hearing and agreed to detention at this time. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

IT IS ORDERED,

1) The above-named defendant shall be detained pending further order of the court.

2) A hearing will be held on **August 29, 2011 at 2:30 p.m.** before the undersigned magistrate judge to discuss further progression of this case. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

August 22, 2011

BY THE COURT:

*s/Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge